49628

Closed! 8/28/08    CKP

BTXN 127 (rev. 6/00)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In Re:    Carla M Jude

Case No.:    2:02-bk-50456

Debtor(s)

FILED 2010 JUN -8 AM 11: 13 U.S. BANKRUPTCY COURT COLUMBUS, OHIO

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is __XX__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

Name of Claimant    Cynthia A. Long
Name of Business Entity    Wells Fargo Servicing Solution, a subsidiary of Wells Fargo Financial, Inc.
Title of Officer/Representative (if claimant is a business entity) Power of Attorney
Mailing Address    UCP Recoveries, P.O. Box 3908, MAC P6103-05A
City    Portland    State    OR    Zip    97208
Telephone Number:    Home ( )    Work (503) 721-5732
SS# _____    Tax ID # (for all business entities)    42-1186565
Amount Being Claimed    $307.20

I, Cynthia A. Long, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify ~~to the best of my~~ knowledge that all information submitted in support of this claim is true and correct.

Date 5-28-10

_____
Power of Attorney

Subscribed and Sworn to Before Me this ___28___ day of ___May___ 20_10_.

_____
Notary Public
In and for the State of    Oregon
My commission expires    12-03-2012

OFFICIAL SEAL
JUANA M ROSOLINO
NOTARY PUBLIC - OREGON
COMMISSION NO. 434809
MY COMMISSION EXPIRES DECEMBER 03, 2012

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE

Carla M. Jude

CASE NO. 2:02-bk-50456

DEBTOR(S)

**CERTIFICATE OF SERVICE**

I/we hereby certify that I/we have mailed a copy of this application and order to the United States Attorney for the Southern District of Ohio at 303 Marconi Boulevard, Suite 200, Columbus OH, 43215 on the _____28th_____ day of __May__ ___, 2010.

Submitted by: _____
Power of Attorney

Name of Firm:     Wells Fargo Financial, Inc.

Address:          UCP Recoveries, P.O. Box 3908, MAC P6103-05A
                  Portland, OR  97208

Telephone Number: (503) 721-5732

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
CARLA M JUDE  
974 BULEN AVE  
COLUMBUS, OH 43206

Case No: 02-50456

Judge: C KATHRYN PRESTON

SSN(S):    XXX-XX-1811

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  May 13, 2008

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| WELLS FARGO SERVICING SOLUTION<br>3210 LAKE EMMA RD # 2000<br>LAKE MARY, FL  32746 | 307.20 |

# National Information Center

A repository of financial data and institution characteristics collected by the Federal Reserve System

FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |
| Organization Hierarchy | Institution History | | |

**WELLS FARGO SERVICING SOLUTIONS, LLC**
DES MOINES, IA, UNITED STATES 50309

Institution Type: Finance Company
RSSD ID: 3145041

## Financial Data

Financial statements for this institution type are not available.

NIC Home | FAQ | Help | Contact Us

Report created: 4/28/2010

## WELLS FARGO & COMPANY (1120754)

as of 04/28/2010

Hierarchy report with the following institution types: Commercial Bank, Cooperative Bank, Credit Union, Edge/Agreement Corporation, Financial Holding Company, Holding Company, Industrial Bank, Insurance Co. Broker/Agent/Underwriter, Nondepository Trust Company, Other Company, Savings Bank, Savings and Loan Association, and the Securities Broker/Dealer/Underwriter

| Seq Num | Name (RSSD ID) | Parent Seq | City | State or Country | Entity Type |
|---|---|---|---|---|---|
| 123 | ----* VICTORIA INVESTMENTS, LLC (3303711) | 122 | DES MOINES | IA | Domestic Entity Other |
| 124 | -----* TAI MO SHAN INVESTMENTS PARTNERSHIP (3303720) | 123 | HONG KONG | HONG KONG | International Nonbank Sub of Domestic Entities |
| 125 | ------* TMS FUNDING LIMITED (3424465) | 124 | GEORGE TOWN | CAYMAN ISLANDS | International Nonbank Sub of Domestic Entities |
| 126 | ---* WELLS FARGO FINANCIAL ALABAMA, INC. (1847305) | 3 | DES MOINES | IA | Finance Company |
| 127 | ---* WELLS FARGO FINANCIAL IDAHO, INC. (1847323) | 3 | DES MOINES | IA | Finance Company |
| 128 | ---* WELLS FARGO FINANCIAL ALASKA, INC. (1845002) | 3 | DES MOINES | IA | Finance Company |
| 129 | ---* WELLS FARGO FINANCIAL SOUTH DAKOTA, INC. (1845011) | 3 | DES MOINES | IA | Finance Company |
| 130 | ---* WELLS FARGO FINANCIAL ILLINOIS, INC. (1845020) | 3 | DES MOINES | IA | Finance Company |
| 131 | ---* WELLS FARGO FINANCIAL GEORGIA, INC. (1845039) | 3 | DES MOINES | IA | Finance Company |
| 132 | ---* WELLS FARGO FINANCIAL FLORIDA, INC. (1845048) | 3 | DES MOINES | IA | Finance Company |
| 133 | ----* WELLS FARGO FINANCIAL SYSTEM FLORIDA, INC. (2134936) | 132 | DES MOINES | IA | Finance Company |
| 134 | ----* WELLS FARGO SERVICING SOLUTIONS, LLC (3145041) | 132 | DES MOINES | IA | Finance Company |
| 135 | -* WELLS FARGO CAPITAL XIV (3816967) | 1 | MINNEAPOLIS | MN | Domestic Entity Other |
| 136 | -* WACHOVIA LIFE INSURANCE COMPANY (1079375) | 1 | CHARLOTTE | NC | Domestic Entity Other |
| 137 | -* CENTURY BANCSHARES, INC. (1109946) | 1 | MINNEAPOLIS | MN | Domestic Entity Other |
| 138 | --* + WELLS FARGO BANK, NATIONAL ASSOCIATION (451965) | 137 | SIOUX FALLS | SD | National Bank |
| 139 | --* CENTURY CAPITAL TRUST (3224768) | 137 | WILMINGTON | DE | Domestic Entity Other |
| 140 | -* WELLS FARGO PROPERTIES, INC. (1120790) | 1 | MINNEAPOLIS | MN | Domestic Entity Other |
| 141 | --* NORWEST PROPERTIES HOLDING COMPANY (1153994) | 140 | MINNEAPOLIS | MN | Domestic Entity Other |
| 142 | -* NORWEST VENTURE CAPITAL MANAGEMENT, INC. (1120969) | 1 | MINNEAPOLIS | MN | Domestic Entity Other |
| 143 | -* PEREGRINE CAPITAL MANAGEMENT, INC. (1121087) | 1 | MINNEAPOLIS | MN | Domestic Entity Other |

* Institutions Matching Selection Rule.

+ For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet the definition of "control"; however, the ownership level does meet the FY Y-10/10F reportability criteria as this banking relationship is regulated by the Federal Reserve.

^ Although this relationship is not governed by U.S. banking statutes, it is included because it is of interest to the Federal Reserve.

Report created: 4/28/2010

## WELLS FARGO & COMPANY (1120754)

as of 04/28/2010

Hierarchy report with the following institution types: Commercial Bank, Cooperative Bank, Credit Union, Edge/Agreement Corporation, Financial Holding Company, Holding Company, Industrial Bank, Insurance Co. Broker/Agent/Underwriter, Nondepository Trust Company, Other Company, Savings Bank, Savings and Loan Association, and the Securities Broker/Dealer/Underwriter

| Seq Num | Name (RSSD ID) | Parent Seq | City | State or Country | Entity Type |
|---|---|---|---|---|---|
| 1 | * WELLS FARGO & COMPANY (1120754) |  | SAN FRANCISCO | CA | Financial Holding Company - Domestic |
| 2 | -* WELLS FARGO FINANCIAL SERVICES, INC. (2250313) | 1 | DES MOINES | IA | Bank Holding Company |
| 3 | --* WELLS FARGO FINANCIAL, INC. (1141991) | 2 | DES MOINES | IA | Bank Holding Company |
| 4 | ---* WELLS FARGO FINANCIAL DELAWARE, INC. (1845057) | 3 | DES MOINES | IA | Finance Company |
| 5 | ---* WELLS FARGO FINANCIAL LOUISIANA, INC. (1844948) | 3 | DES MOINES | IA | Finance Company |
| 6 | ---* WELLS FARGO FINANCIAL KENTUCKY, INC. (1844957) | 3 | DES MOINES | IA | Finance Company |
| 7 | ---* WELLS FARGO FINANCIAL KANSAS, INC. (1844966) | 3 | DES MOINES | IA | Finance Company |
| 8 | ---* WELLS FARGO FINANCIAL INDIANA, INC. (1844975) | 3 | DES MOINES | IA | Finance Company |
| 9 | ---* WELLS FARGO FINANCIAL MISSOURI, INC. (1844984) | 3 | DES MOINES | IA | Finance Company |
| 10 | ---* WELLS FARGO FINANCIAL COLORADO, INC. (1844993) | 3 | DES MOINES | IA | Finance Company |
| 11 | ---* WELLS FARGO FINANCIAL OKLAHOMA, INC. (1844827) | 3 | DES MOINES | IA | Finance Company |
| 12 | ---* WELLS FARGO FINANCIAL MONTANA, INC. (1844836) | 3 | DES MOINES | IA | Finance Company |
| 13 | ---* WELLS FARGO FINANCIAL NORTH DAKOTA, INC. (1844845) | 3 | DES MOINES | IA | Finance Company |
| 14 | ---* WELLS FARGO FINANCIAL OHIO, INC. (1844854) | 3 | DES MOINES | IA | Finance Company |
| 15 | ---* WELLS FARGO FINANCIAL MINNESOTA, INC. (1844920) | 3 | DES MOINES | IA | Finance Company |
| 16 | ----* WELLS FARGO FINANCIAL ACCEPTANCE, LLC (2182245) | 15 | DES MOINES | IA | Finance Company |
| 17 | -----* WELLS FARGO FINANCIAL ACCEPTANCE AMERICA, INC. (2418980) | 16 | DES MOINES | IA | Finance Company |
| 18 | -----* WELLS FARGO FINANCIAL VERMONT, INC. (2963435) | 16 | DES MOINES | IA | Finance Company |
| 19 | -----* WELLS FARGO FINANCIAL ARKANSAS, INC. (2967853) | 16 | DES MOINES | IA | Finance Company |
| 20 | -----* CGT INSURANCE COMPANY LTD. (2059981) | 16 | BRIDGETOWN | BARBADOS | International Nonbank Sub of Domestic Entities |
| 21 | ---* WELLS FARGO FINANCIAL MARYLAND, INC. (1844939) | 3 | DES MOINES | IA | Finance Company |

\* Institutions Matching Selection Rule.

+ For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet the definition of "control"; however, the ownership level does meet the FY Y-10/10F reportability criteria as this banking relationship is regulated by the Federal Reserve.

^ Although this relationship is not governed by U.S. banking statutes, it is included because it is of interest to the Federal Reserve.

| | |
|---|---|
| WELLS FARGO BANK N A [B10]<br>CRDSVC&CNSMRLND<br>WF FINANCIAL<br>WFF AUTO | MAC F3240-020<br>3210 Lake Emma Rd<br>2nd Floor, Suite 2000<br>Lake Mary, FL<br>32746-3359 |



**WELLS FARGO**

Unclaimed Property Department
P.O. Box 3908
Portland, OR 97208-3908
(503) 721-5389

I, Cynthia A. Long, do hereby affirm that I am either employed by or am an officer or agent of Wells Fargo Financial, Inc. and I am duly authorized to claim such funds as may be held by you.

I further affirm the following:

☒ that to the best of my knowledge the funds on the attached claim(s) are due and owing the entity now known as Wells Fargo Financial, Inc. and, in the event of a superior claim being received, Wells Fargo Financial, Inc. will hold harmless the payer of such claim and return such funds as received pursuant to the claim(s) attached herewith.

☒ that the original document(s) and/or check(s) are missing and not in our possession and this affidavit will serve as a suitable substitute.

☒ that it may not be possible to provide documentation to verify the reported address due to numerous mergers and acquisitions, the passage of record retention periods and/or errors made in the original, or subsequent, updates to the address. This affidavit should serve as a suitable substitute for verification of address.

☒ that Wells Fargo does not issue photo identification and that submitting my driver's license for a company request may result in personal information being entered into the public record which would be a violation of my personal privacy.

☒ that I am represented in the image below and this affidavit will serve as a suitable substitute for personal identification.

_____
Cynthia A. Long
Power of Attorney

State of Oregon
County of Multnomah

SUBSCRIBED AND SWORN to before me this 28 day of _____May_____, 2010.

_____ (SEAL)
Notary Public
Commission Expires  12-03-2012

OFFICIAL SEAL
JUANA M ROSOLINO
NOTARY PUBLIC - OREGON
COMMISSION NO. 434809
MY COMMISSION EXPIRES DECEMBER 03, 2012

JUN-23-2008 MON 02:20 PM WELLS FARGO 612 316 0396 FAX NO. 612 316 0396 P. 03
06/23/2008 MON 09:28 FAX ☒003



Wage and Investment Division

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
201 West Rivercenter Blvd.
Stop 537G, Team 401
Covington, Ky 41011

June 23, 2008

Wells Fargo Financial Inc
625 Marquette Ave S
Minneapolis MN 55479

EIN: 42-1186565

We received your request today asking us to verify your Employer Identification Number (EIN).

Your EIN is 42-1186565. Please keep this number in your permanent records. You should enter your name and your EIN, exactly as shown above, on all business federal tax forms that require its use, and on any related correspondence or documents.

If you have any questions, please call Joyce Vanover at 859-669-4989 between the hours of 6:00 a.m. and 4:00 p.m., Eastern Daylight Savings Time.

Sincerely,

*Joyce Vanover*
Joyce Vanover
Tax Examining Technician

## LIMITED POWER OF ATTORNEY

Wells Fargo Financial, Inc., a corporation organized and existing pursuant to the laws of the State of Iowa (the "Corporation"), does hereby constitute and appoint Barbara E. Briody and Cynthia A. Long, each to act individually as the true and lawful attorney-in-fact for the Corporation or any of its subsidiaries with the right for and in the name, place and stead of the Corporation to create, prepare, complete, endorse, file and execute all agreements, instruments, and other documents, and all modifications and amendments thereto, and to perform any and all other acts as they may in their discretion deem necessary or advisable in connection with the filing of claims on behalf of the Corporation with state unclaimed property administrators, federal bankruptcy courts and/or other appropriate governmental agencies for the purpose of recovering property belonging to the Corporation, any predecessor of the Corporation or any of its subsidiaries.

This Limited Power of Attorney is non-exclusive and revocable at any time by the Corporation and shall expire one (1) year from the date hereof if not so revoked by the Corporation at an earlier date.

**IN WITNESS WHEREOF**, Wells Fargo Financial, Inc., has caused this Limited Power of Attorney to be executed as of the 11th day of March, 2010.

WELLS FARGO FINANCIAL, INC.

By: _____
Dean R. Anderson
Its:   Vice President

## ACKNOWLEDGMENT

STATE OF IOWA        )
                     ) SS.
COUNTY OF POLK       )

The foregoing instrument was acknowledged before me this 11th day of March, 2010, by Dean R. Anderson, Vice President of Wells Fargo Financial, Inc., a corporation organized and existing under the laws of the State of Iowa, on behalf of said Corporation.



DENISE R. LOVELADY
Commission Number 708256
My Commission Expires
February 12, 2013

Notary Public

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### <u>EASTERN</u> DIVISION

| | | |
|---|---|---|
| **In Re:** | § | Case No. <u>**2:02-BK-50456**</u> |
| Carla M. Jude | § | |
| | § | **Chapter 13** |
| | § | |
| **Debtor Name(s)** | § | Judge C. Kathryn Preston |

### ORDER AUTHORIZING PAYMENT
### OF A DIVIDEND FROM UNCLAIMED FUNDS

In the Southern District of Ohio, Eastern Division, came on to be considered the Application for Payment of a Dividend from Unclaimed Funds by:

Name: <u>Wells Fargo Financial, Inc.</u>

Mailing Address: <u>P.O. Box 3908, Mac P6103-05A, Portland, OR 97208</u>

Claimant, for payment of a dividend from unclaimed funds in the amount of $ <u>307.20</u>. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

> that said funds are now on deposit in the United States Treasury, and
> that notice of the Application was given to the United States Attorney.

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

### # # #